UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB MASCARO,<br><br>Defendant. | **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS CJA-APPOINTED CO-COUNSEL**<br><br>Case No. 2:23-cr-00444-DBB<br><br>Judge David Barlow |

Before the Court is CJA-appointed counsel R. Blake Hamilton's Motion to Withdraw Jacob R. Lee as CJA-Appointed Co-Counsel for Defendant Jacob Mascaro. The Court, having reviewed the Motion and good cause appearing, hereby ORDERS as follows:

1. The Motion to Withdraw is GRANTED.
2. Jacob R. Lee is permitted to withdraw and is terminated as CJA-appointed co-counsel for Jacob Mascaro in this case, effective immediately.
3. The Clerk of Court shall terminate Jacob R. Lee's appearance and ECF notifications in this case.
4. R. Blake Hamilton shall remain as CJA-appointed counsel of record for Jacob Mascaro and shall bear full responsibility for the defense going forward.

SO ORDERED this ______ day of ______________, 2026.

______________________________
DAVID BARLOW
United States District Judge